CAREY D. EBERT, CHAPTER 13 TRUSTEE, Standing Chapter 13

Date:  May 04, 2016

Check No. 2139976

Check Amount:  $1,255.00

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-44111-R | 00000 | NEAL & STEPHANIE RUEHLEN | 0 | XXXXX1245 | 1,255.00 | 0.00 | 1,255.00 |
| | | Original check written to:<br>NEAL RUEHLEN<br>2125 LUCAS CREEK DRIVE<br>ALLEN, TX 75002 | | XXXXX3541 | | | |
| | | | **TOTALS** | | **$1,255.00** | **$0.00** | **$1,255.00** |